

Kaiser Saurborn & Mair, P.C.
30 Broad Street, 37th Floor
New York, New York 10004
www.ksmlaw.com

Daniel J. Kaiser
+1.212.338.9100 x317
+1.646.607.9371 fax
kaiser@ksmlaw.com

August 11, 2025

**VIA ECF AND EMAIL**
The Honorable John P. Cronan
Southern District of New York
500 Pearl Street
New York, NY 10007
*CronanNYSDChambers@nysd.uscourts.gov*

  Re: Peterman v. Clark, 1:25-cv-01588-JPC

Dear Judge Cronan:

  I represent the plaintiff, Ken Peterman, in the above referenced action. I write to respectfully request a two week extension for submission of Mr. Peterman's opposition to Defendant's motion to dismiss. Defendant's counsel consents to this request.

  I have been helping to manage a family health crisis which has distracted me from my professional obligations. A two week extension will provide the necessary time to submit Mr. Peterman's opposition,

  Mr. Peterman's opposition is currently due on August 15, 2025. I request that the time for the opposition be extended until August 29, 2025 and defendant's reply be due on September 19, 2025.

  Thank you for your time and attention.

                Respectfully submitted,

                Daniel J. Kaiser

DJK/sb
cc: All Parties of Record (By ECF)

The extension request is granted. The opposition to the motion to dismiss is due August 29, 2025; the reply is due September 19, 2025.

SO ORDERED.
Date: August 12, 2025

_____
JOHN P. CRONAN
United States District Judge