UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                       :

KEN PETERMAN,                    :

             Plaintiff,       :

                       :           25 Civ. 1588 (JPC)

      -v-               :

                       :            ORDER

ASHLEY CLARK,            :

                       :

            Defendant.     :

                       :

--------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On March 17, 2026, this Court ordered Plaintiff to "amend his Complaint to allege Defendant's state of domicile by March 31, 2026." Dkt. 34 at 1. "If Plaintiff fails to amend his Complaint by that date," the Court warned, "or otherwise properly establish this Court's jurisdiction under 28 U.S.C. § 1332(a)(1), the Court will dismiss this action for lack of subject matter jurisdiction without further notice." *Id.* at 1-2.

March 31 has come and gone without Plaintiff amending his Complaint to allege Defendant's state of domicile or otherwise establish this Court's jurisdiction—or requesting an extension to do so. So the Court dismisses this action without prejudice for lack of subject matter jurisdiction. The Clerk of Court is respectfully directed to close this case.

      SO ORDERED.

Dated: April 8, 2026
      New York, New York                  JOHN P. CRONAN
                                    United States District Judge

1